## PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Nature's Path Foods USA, Inc. for unpaid minimum wage, overtime and/or agreed upon wages. During the past three years, I worked at Nature's Path Foods USA, Inc. There were weeks in which I did not receive overtime compensation for all hours worked over 40 in a work week.

       *[DocuSigned by: Giselle Esparza]*     5/27/2016
       9E3DBA7881CF461
                                                                 Signature and Date

                            Giselle Esparza
                                                                   Print Name

Fax, Mail or Email to:
Hawks Quindel, S.C.
Attn: Summer H. Murshid
PO Box 442
Milwaukee, Wisconsin 53201
Fax: (414) 271-8442
Telephone: (414) 271-8650
Email: smurshid@hq-law.com
www.hq-law.com