## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GISELLE ESPARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATURE'S PATH USA II LLC,<br><br>Defendant. | Case No. 16-CV-00635-JPS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Giselle Esparza and Defendant Nature's Path, through their attorneys, do hereby stipulate and agree that this lawsuit be dismissed in its entirety, with prejudice, and without costs or attorney fees to either party.

Dated this 13th day of September, 2016.

*s/ Summer H. Murshid*

Summer H. Murshid (SBN 1075404)
smurshid@ hq-law.com
Larry A. Johnson (SBN 1056619)
E·mail: ljohneon@hq-law.com
Timothy P. Maynard (SBN 1080953)
E·mail: tmaynard@hq-law.com
**Hawks Quindel, S.C.**
222 East Erie, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
Telephone: 414·271·8650
Fax: 414·271·8442

*Attorneys for Plaintiff*
*GISELLE ESPARZA, et al.*

*s/ Julie S. Lucht*

Julie S. Lucht (WA State Bar No. 31278)
E·mail: JLucht@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Defendant*
*NATURE'S PATH USA II LLC*